```
1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA L. FERRIS
   ELLEN V. ENDRIZZI
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700
```



FILED

MAR 13 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK



SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>CHARLES HEAD,<br>KEITH BROTEMARKLE,<br>BENJAMIN BUDOFF,<br>JOHN CORCORAN,<br> aka Jack Corcoran,<br>DOMONIC McCARNS,<br>LISA VANG, and<br>KOU YANG,<br><br>   Defendants. | NO.<br><br>2:08-CR-0116 UN<br><br>ORDER TO SEAL<br>(Under Seal) |

  The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorneys Laura L. Ferris and Ellen V. Endrizzi to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of defendant CHARLES HEAD or until further order of the Court.

DATED: March 13, 2008

          _/s/ Gregory G. Hollows_
          GREGORY G. HOLLOWS
          _____
          HONORABLE GREGORY G. HOLLOWS
          United States Magistrate Judge