# SEALED

FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SEALED, ) <br> ) <br> Defendant. ) | 2:08-CR-0116 |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until defendant CHARLES HEAD's arrest or until further order of the Court.

IT IS FURTHER ORDERED that the summonses and writ for the remainder of the defendants shall not be issued until defendant CHARLES HEAD's arrest or until further order of the Court.

DATED: March 13, 2008, 2008

/s/ Gregory G. Hollows
**GREGORY G. HOLLOWS**
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge