1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716




UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,                )  Nos. 2:08-cr-00093 FCD
                              )       2:08-cr-00116 LKK
         Plaintiff,           )
                              )  APPLICATION TO UNSEAL INDICTMENTS
     v.                       )  AND [proposed] ORDER
                              )
CHARLES HEAD, et al.,         )
                              )
         Defendants.          )
_____ )

On February 28, 2008 and March 13, 2008, respectively, the indictments in case numbers **2:08-cr-00093 FCD** and **2:08-cr-00116 LKK** were sealed until the arrest of defendant Charles Head or until further order of this Court. Defendant Charles Head was arrested in La Habra, California on March 21, 2008, and is currently in federal custody. As the notification from the Office of the Clerk for the Central District of California acknowledging Head's arrest and detention has been inexplicably delayed, the United States respectfully requests that this Court order the indictments unsealed. Once the indictments are unsealed, the Office of the Clerk for the Eastern District of California will be able to issue

1

1 | the summonses for the other defendants in the case.
2 | Dated: March 26, 2008

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

## O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion To Unseal the indictments filed in case numbers 2:08-cr-00093 FCD and 2:08-cr-00116 LKK is GRANTED.

DATED: March 26, 2008

/s/ Edmund F. Brennan
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge