# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) No: 2:08-cr-116 LKK | |
| CHARLES HEAD, et al. | ) | |

**FILED**

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee:     **DOMONIC McCARNS**

Detained at (custodian):     **CDC Susanville, California**

Detainee is:   a.)   ☒ charged in this district by:
                          ☒ Indictment      ☐ Information      ☐ Complaint
                       Charging Detainee With: **Conspiracy to commit mail fraud, mail fraud, conspiracy to commit money laundering**

   or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings
       or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary no later than **April 22, 2008** in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: Ellen V. Endrizzi, 916-554-2716
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
     ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *no later than **April 22, 2008**,* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 27, 2008
Date

_____
Hon. Edmund F. Brennan
United States Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | F60362 | DOB: | 1974 |
| Facility Address: | PO Box 790 | Race: | |
| | Susanville, CA 96127 | FBI #: | |
| Facility Phone: | 530-257-8074 | | |
| Currently Incarcerated For: | parole violation | | |

---

### RETURN OF SERVICE

Executed on _____ by _____       _____
                                                                     (Signature)

Form Crim-48                                                                                                         Revised 11/19/97