**FILED**

MAY 1 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1 | McGREGOR W. SCOTT
United States Attorney
2 | S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
3 | Assistant U.S. Attorneys
501 I Street, Suite 10-100
4 | Sacramento, California 95814
Telephone: (916) 554-2700
5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   2:08-CR-116 FCD
                                )
12 |            Plaintiff,       )
                                )   [PROPOSED] STIPULATION AND
13 |      v.                     )   PROTECTIVE ORDER BETWEEN
                                )   UNITED STATES AND KEITH BROTEMARKLE
14 | CHARLES HEAD, et al.,       )
                                )
15 |                            )
              Defendants.       )
16 | _____)

17      Defendant Keith Brotemarkle and Plaintiff, by and through their

18 counsel of record, hereby agree and stipulate as follows:

19      1.    This Court may enter protective orders pursuant to Rule

20 16(d) of the Federal Rules of Criminal Procedure, and its general

21 supervisory authority.

22      2.    This Order pertains to all discovery provided to or made

23 available to Defense Counsel as part of discovery in this case

24 (hereafter, collectively known as "the discovery").

25      3.    Defense Counsel shall not disclose any of the discovery to

26 any person other than their respective defendant/client, witnesses

27 that they may be interviewing or preparing for trial, attorneys, law

28 clerks, paralegals, secretaries, experts, and investigators involved

1

1  in the representation of his/her client.

2      4.    The discovery and information therein may only be used in
3  connection with the litigation of this case and for no other
4  purpose.   The discovery is now and will forever remain the property
5  of the United States Government.   Defense counsel will return the
6  discovery to the Government or certify that it has been shredded at
7  the conclusion of the case.

8      5.    Defense Counsel will store the discovery in a secure place
9  and will use reasonable care to ensure that it is not disclosed to
10 third persons in violation of this agreement.

11     6.    If Defense Counsel make, or cause to be made, any further
12 copies of any of the discovery, Defense Counsel will inscribe the
13 following notation on each copy: "U.S. Government Property; May Not
14 Be Used Without U.S. Government Permission."

15     7.    If Defense Counsel release custody of any of the
16 discovery, or authorized copies thereof, to any person described in
17 paragraph (3), Defense Counsel shall provide such recipients with
18 copies of this Order and advise that person that the discovery is
19 the property of the Unites States Government, that the discovery and
20 information therein may only be used in connection with the
21 litigation of this case and for no other purpose, and that an
22 unauthorized use of the discovery may constitute a violation of law
23 and/or contempt of court.

24     8.    Defense Counsel shall be responsible for advising his or
25 her respective defendant, employees and other members of the defense
26 team, and defense witnesses of the contents of this
27 ///
28 ///

2

1  Stipulation/Order.

2

3  IT IS SO STIPULATED.

4  DATED: *11 APR 2008*

McGREGOR W. SCOTT
United States Attorney

5

6  By: _____

7  S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
Assistant U.S. Attorneys

8

9

10 DATED: *22 APR 08*        By: _____

11 ROBERT GAZLEY
Counsel for Defendant
KEITH BROTEMARKLE

12

13       IT IS SO FOUND AND ORDERED.

14

15 DATED: *5/9/08*

16 HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

3