```
ROBERT G. GAZLEY, Bar #165931
Designated Counsel for Service
18685 Main Street
Suite A; PMB 221
Huntington Beach, California 92648
Telephone: (714) 375-0628


Attorney for Defendant
KEITH BROTEMARKLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-0116 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER BETWEEN |
| v. | ) UNITED STATES AND KEITH |
| | ) BROTEMARKLE |
| KEITH BROTEMARKLE, | ) |
| | ) MAGISTRATE:    Hon Edmund F. |
| Defendants. | )                Brennan |

Defendant Keith Brotemarkle and Plaintiff, by and through their counsel of record, hereby agree and stipulate as follows:

Travel of defendant Keith Brotemarkle is, during the pendency of this matter, restricted.

Said restrictions are expanded to include travel to and from the Middle District of Pennsylvania.

Defendant's travel to and from the Middle District of Pennsylvania is limited to that which is necessary for employment related purposes.

///
///
///
///

1  IT IS SO STIPULATED.

2  Dated: July 10, 2008                McGREGOR W. SCOTT
                                       United States Attorney
3

4

5
                                   By: /s/ Ellen V. Endrizzi
6                                      S. ROBERT TICE-RASKIN
                                       ELLEN V. ENDRIZZI
7                                      Assistant U.S. Attorneys

8

9  Dated: July 10, 2008           By: /s/ Robert G. Gazley
                                       ROBERT G. GAZLEY
10                                     Counsel for Defendant

11

12

13       SO ORDERED.

14

15  Dated:  July 11, 2008

16                                 _____
                                   EDMUND F. BRENNAN
17                                 UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

Travel Restriction Modification/BROTEMARKLE   2