LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) CHARLES HEAD, et al., ) ) Defendants. ) | No. Cr. S-08-0116 FCD  STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUSION OF TIME |

      The United States of America, through Assistant U.S. Attorney Ellen V. Endrizzi, and defendant Charles Head, through his counsel Scott L. Tedmon; defendant Keith Brotemarkle, through his counsel Robert G. Gazley; defendant Benjamin Budoff, through his counsel Dwight M. Samuel; defendant John Corcoran, through his counsel Matthew C. Bockmon; defendant Domonic McCarns, through his counsel James R. Greiner; defendant Lisa Vang, through her counsel Alessandro G. Assanti; and defendant Kou Yang, through her counsel Joseph H. Low IV, hereby stipulate that the Status Conference set for Monday, August 18, 2008 at 10:00 a.m., be continued to Monday, November 17, 2008 at 10:00 a.m. before United States District Judge Frank C. Damrell, Jr.

      The government has provided the initial volume of discovery to defense counsel which is in excess of 23,000 pages. Additionally, defense counsel has been informed there are a voluminous number of bankers boxes which contain several hundred-thousand pages of documents seized from the various searches. Counsel for the various defendants are in the midst of reviewing the initial

1 volume of discovery and need additional time to continue that process as well as identify legal issues
2 and discuss the matter with their respective clients. Beyond the initial volume of discovery
3 produced by the government to the defendants, the additional materials referenced previously have
4 not yet been reviewed by defense counsel.

5     As such, government and defense counsel stipulate it is appropriate to continue the current
6 status conference to Monday, November 17, 2008 at 10:00 a.m. Michele Krueger has approved the
7 November 17, 2008 hearing date. No jury trial date has been set in this case.

8     The parties stipulate the Court should find that time be excluded through November 17, 2008
9 under the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18
10 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4. The parties stipulate and
11 agree that the interests of justice served by granting this continuance outweigh the best interests of
12 the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

13     Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
14 behalf.

15 **IT IS SO STIPULATED.**

16 DATED: August 11, 2008                  McGREGOR W. SCOTT
                                                        United States Attorney
17
                                                        /s/ Ellen V. Endrizzi
18                                                       ELLEN V. ENDRIZZI
                                                      Assistant U.S. Attorney
19

20 DATED: August 11, 2008                  LAW OFFICES OF SCOTT L. TEDMON

21                                                       /s/ Scott L. Tedmon
                                                      SCOTT L. TEDMON
22                                                       Attorney for Defendant Charles Head

23

24 DATED: August 11, 2008                  LAW OFFICE OF ROBERT G. GAZLEY

25                                                       /s/ Robert G. Gazley
                                                    ROBERT G. GAZLEY
26                                                     Attorney for Defendant Keith Brotemarkle

27

28

| | |
|---|---|
| DATED: August 11, 2008 | LAW OFFICES OF DWIGHT M. SAMUEL |
| | /s/ Dwight M. Samuel |
| | H. DEAN STEWARD |
| | Attorney for Defendant Benjamin Budoff |
| DATED: August 11, 2008 | OFFICE OF THE FEDERAL DEFENDER |
| | /s/ Matthew Bockmon |
| | MATTHEW BOCKMON |
| | Attorney for Defendant John Corcoran |
| DATED: August 11, 2008 | LAW OFFICES OF JAMES R. GREINER |
| | /s/ James R. Greiner |
| | JAMES R. GREINER |
| | Attorney for Defendant Domonic McCarns |
| DATED: August 11, 2008 | ASSANTI & ASSOCIATES |
| | /s/ Alessandro G. Assanti |
| | Attorney for Defendant Lisa Vang |
| DATED: August 11, 2008 | THE LAW FIRM OF JOSEPH H. LOW IV |
| | /s/ Joseph H. Low IV |
| | JOSEPH H. LOW IV |
| | Attorney for Defendant Kou Yang |

1  **ORDER**

2  GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY
3  ORDERED that the Status Conference now scheduled for Monday, August 18, 2008 at 10:00 a.m.,
4  is hereby continued to Monday, November 17, 2008 at 10:00 a.m., before the Honorable Frank C.
5  Damrell, Jr.  Based upon the above stipulation, the Court finds that time be excluded under the
6  Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C.
7  §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date
8  of November 17, 2008.   The Court finds that the interests of justice served by granting this
9  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
10 § 3161(h)(8)(A).

11 **IT IS SO ORDERED.**

12 DATED: August 11, 2008

13 FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE