1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   DOMONIC McCARNS

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CR.S-08-116-FCD
                                )
       PLAINTIFF,                )   STIPULATION AND ORDER
                                )   TO CONTINUE THE STATUS
       v.                        )   CONFERENCE TO MONDAY
                                )   MARCH 16, 2009
CHARLES HEAD, et al.,            )
                                )
       DEFENDANTS.               )
_____ )

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorneys Ms. Ellen Endrizzi, Ms. Laura Ferris and Mr. Robert Tice-Raskin, and the defendants (hereinafter referred to as the defendants): Charles Head, represented by attorney Mr. Scott Tedmon; defendant Keith Brotemarkle, represented by attorney Mr. Robert Gazley; defendant Benjamin Budoff, represented by attorney Mr. Dwight Samuel; defendant John Corcoran, represented by attorney, Mr. Matthew Bockmon; defendant Lisa Vang, represented by attorney Mr. Alessandro Assanti;  defendant Kou Yang, represented by attorney, Mr. Joseph Low, IV;  and defendant Domonic McCarns, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the status conference currently set for, Monday, December 15, 2008, is hereby vacated and can be rescheduled for Monday, March 16, 2009, at 10:00 a.m. in Courtroom #2 before the Honorable

District Court Judge, Frank C. Damrell, Jr..

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the speedy trial Act can be excluded under Title 18 section 3161(h)(8)(b)(ii) and section 3161(h)(B)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare).

The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure the Court was available on this date and the Court is available. There is no trial date set.

Respectfully submitted:

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ Ellen Endrizzi, Laura Ferris and Robert Rice-Raskin by e mail authorization

DATED: 12-11-08

Ellen Endrizi, Laura Ferris, Robert Rice-Raskin
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEYS FOR THE PLAINTIFF

DATED: 12-11-08

/s/ Scott Tedmon  by telephone authorization

Scott Tedmon
Attorney for Defendant Charles Head

DATED: 12-11-08        /s/ Robert Gazley-by e mail authorization

Robert Gazley
Attorney for Defendant Keith Brotemarkle

DATED: 12-11-08        /s/ Dwight Samuel–by telephone authorization

Dwight Samuel
Attorney for Defendant Benjamin Budoff

DATED: 12-11-08        /s/ Matthew Bockmon by e mail authorization

Matthew Bockmon
Attorney for Defendant John Corcoran

2

DATED: 12-11-08        /s/ Alessandro Assanti- by telephone authorization
                       _____
                       Alessandro Assanti
                       Attorney for Defendant Lisa Vang

DATED: 12-11-08        /s/ Joseph Low, IV by e mail authorization
                       _____
                       Joseph Low, IV
                       Attorney for Defendant Kou Yang

DATED: 12-11-08        /s/ James R. Greiner
                       _____
                       James R. Greiner
                       Attorney for Defendant Dominic McCarns

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED:  December 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE