ROBERT G. GAZLEY, Bar #165931
Designated Counsel for Service
18685 Main Street
Suite A; PMB 221
Huntington Beach, California 92648
Telephone: (714) 375-0628


Attorney for Defendant
KEITH BROTEMARKLE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR-S-08-0116 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER BETWEEN |
| v. | ) | UNITED STATES AND KEITH |
| | ) | BROTEMARKLE |
| KEITH BROTEMARKLE, | ) | |
| | ) | MAGISTRATE:    Hon Edmund F. |
| Defendant. | ) | Brennan |
| _____ | ) | |

Defendant Keith Brotemarkle and Plaintiff, by and through their counsels of record, hereby agree and stipulate as follows:

Travel of defendant Keith Brotemarkle is, during the pendency of this matter, restricted.

Said restrictions are expanded to include travel to and from the Northern District of West Virginia and the District of Maryland.

Defendant's travel to and from the above two districts is limited to that which is necessary for employment related purposes.

///

///

///

///

1    IT IS SO STIPULATED.

2    Dated: December 29, 2008              McGREGOR W. SCOTT
                                          United States Attorney
3

4

5
                                   By:   /s/ Ellen V. Endrizzi
6                                        S. ROBERT TICE-RASKIN
                                         ELLEN V. ENDRIZZI
7                                        Assistant U.S. Attorneys

8

9    Dated: December 29, 2008       By:   /s/ Robert G. Gazley
                                         ROBERT G. GAZLEY
10                                       Counsel for Defendant

11

12       SO ORDERED.

13   Dated:   January 5, 2009.    _____
                                  EDMUND F. BRENNAN
14                                UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Travel Restriction Modification/BROTEMARKLE 2