**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-08-00116 FCD |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE THE STATUS CONFERENCE TO MONDAY |
| CHARLES HEAD, et al., ) | OCTOBER 5, 2009 |
| DEFENDANTS. ) | |
| _____ ) | |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorneys Ms. Ellen Endrizzi and Mr. Matthew C. Stegman and the defendants (hereinafter referred to as the defendants): 1)Charles Head, represented by attorney Mr. Scott Tedmon; 2) defendant Keith Brotemarkle represented by attorney Robert G. Gazley; 3) defendant Benjamin Budoff represented by attorney Dwight M. Samuel; 4)defendant John Corcoran, represented by attorney, Mr. Matthew Bockmon; 5)defendant Lisa Vang represented by attorney Timothy E. Warriner; 6)defendant Kou Yang, represented by attorney, Mr. Joseph Low, IV;  and 7)defendant Domonic McCarns, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the status conference, Monday, June 15, 2009, is hereby vacated and can be rescheduled for Monday, October 5, 2009, at 10:00 a.m. in Courtroom #2 before the Honorable District Court Judge, Frank

1

1 C. Damrell, Jr..

2 Further, all of the parties, the United States of America and all of the defendants
3 as stated above, hereby agree and stipulate that time under the speedy trial Act can be
4 excluded under Title 18 section 3161(h)(8)(b)(ii) and section 3161(h)(B)(B)(iv),
5 corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to
6 allow counsel time to prepare).

7 The government has provided in excess of 190,000 pages of discovery in this
8 case (the government just recently produced approximately 173,000 pages of
9 discovery). There is still additional discovery to be produced by the government. The
10 parties agree that the defense needs time to review the discovery, to review the
11 discovery with the defendants, and to continue investigation in the case. The parties
12 agree and stipulate that the interests of justice in agreeing and stipulating to this
13 continuance outweighs other interests in this case for a speedy trial in this case.

14 The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure
15 the Court was available on this date and the Court is available. There is no trial date
16 set.

17 Respectfully submitted:

18 LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

19 /s/ Ellen Endrizzi, by telephone authorization

20 DATED: 6-10-09  _____
21 Ellen Endrizi and Matthew C. Stegman
ASSISTANT UNITED STATES ATTORNEYS
22 ATTORNEYS FOR THE PLAINTIFF

23
DATED: 6-10-09
24 /s/ Scott Tedmon  by e mail authorization
_____
25 Scott Tedmon
Attorney for Defendant Charles Head
26
DATED: 6-10-09  /s/ Robert G. Gazley by e mail authorization
27 _____

28
2

|  |  |
|---|---|
|  | Robert G. Gazley<br>Attorney for Defendant Keith Brotemarkle |
| DATED: 6-10-09 | /s/ Dwight M. Samuel by e mail authorization<br>_____<br>Dwight M. Samuel<br>Attorney for Defendant Benjamin Budoff |
| DATED: 6-10-09 | /s/ Matthew Bockmon by e mail authorization<br>_____<br>Matthew Bockmon<br>Attorney for Defendant John Corcoran |
| DATED: 6-10-09 | /s/ Timothy E. Warriner by e mail authorization<br>_____<br>Timothy E. Warriner<br>Attorney for Defendant Lisa Vang |
| DATED: 6-10-09 | /s/ Joseph Low, IV by e mail authorization<br>_____<br>Joseph Low, IV<br>Attorney for Defendant Kou Yang |
| DATED: 6-10-09 | /s/ James R. Greiner<br>_____<br>James R. Greiner<br>Attorney for Defendant Dominic McCarns |

**ORDER**

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: June 10, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3