1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,

12              Plaintiff,                    No. CR. S-08-0093 FCD

13        v.

14   CHARLES HEAD, et. al.,                   **<u>RELATED CASE ORDER</u>**

15              Defendants.
     _____/

16
     UNITED STATES OF AMERICA,
17
                Plaintiff,                    No. CR. S-08-0116 FCD
18
          v.
19
     CHARLES HEAD, et. al.,
20
                Defendants.
21   _____/

22   UNITED STATES OF AMERICA,

23              Plaintiff,                    No. CR. S-09-0184 MCE

24        v.

25   DWAIN McGEE,

26              Defendant.
     _____/

27

28   ///

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve similar questions of fact and the same question of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated, CR.S-09-0184 MCE is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as **CR. S-09-0184 FCD**.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE