1  ROBERT G. GAZLEY, Bar #165931
   Designated Counsel for Service
2  18685 Main Street
   Suite A; PMB 221
3  Huntington Beach, California 92648
   Telephone: (714) 375-0628
4

5  Attorney for Defendant
   KEITH BROTEMARKLE
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. CR-S-08-0116 FCD
                                )
12              Plaintiff,      )
                                ) STIPULATION AND ORDER BETWEEN
13     v.                       ) UNITED STATES AND KEITH
                                ) BROTEMARKLE
14 KEITH BROTEMARKLE,           )
                                ) MAGISTRATE JUDGE:
15              Defendants.     ) Hon Edmund F. Brennan
   _____)
16

17      Defendant Keith Brotemarkle and Plaintiff, by and through their

18 counsel of record, hereby agree and stipulate as follows:

19      Travel of defendant Keith Brotemarkle is, during the pendency of

20 this matter, restricted.

21      Said restrictions are expanded to include travel to and from the

22 Eastern District and Middle District of Pennsylvania.

23      Defendant's travel to and from the Eastern District and Middle

24 District of Pennsylvania is limited to that which is necessary for

25 employment related purposes.

26 ///

27 ///

28 ///

```
1   IT IS SO STIPULATED.

2   Dated: July 10, 2008              LAWRENCE G. BROWN
                                      Acting United States Attorney
3

4                                By:  /s/ Ellen V. Endrizzi
                                      S. ROBERT TICE-RASKIN
5                                     ELLEN V. ENDRIZZI
                                      Assistant U.S. Attorneys
6

7
    Dated: July 10, 2008         By:  /s/ Robert G. Gazley
8                                     ROBERT G. GAZLEY
                                      Counsel for Defendant
9

10
         IT IS SO FOUND AND ORDERED.
11

12  Dated:  July 21, 2009.
                                      _____
13                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
14
```

Travel Restriction Modification/BROTEMARKLE    2