1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 FAX: (916) 920-7951

5 ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-08-00116-FCD |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO MONDAY FEBRUARY 22, 2010 |
| v. | ) | |
| CHARLES HEAD, et al., | ) | |
| DEFENDANTS. | ) | |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorneys Ms. Ellen Endrizzi and Mr. Matthew C. Stegman and the defendants (hereinafter referred to as the defendants): 1)Charles Head, represented by attorney, Mr. Scott Tedmon; 2) Keith Brotemarkle represented by attorney,  Robert G. Gazley; 3) Benjamin Budoff represented by attorney, Dwight M. Samuel; 4)John Corcoran, represented by attorney, Mr. Matthew C. Bockmon; 5) Lisa Vang represented by attorney , Mr. Timothy E. Warriner; 6) Kou Yang, represented by attorney, Mr. Joseph Low, IV;  and 7) Domonic McCarns, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the status conference, Monday, October 5, 2009, is hereby vacated and can be rescheduled for Monday, February 22, 2010, at 10:00 a.m. in Courtroom #2 before the Honorable District Court Judge, Frank C. Damrell, Jr..

1

1    Further, all of the parties, the United States of America and all of the defendants
2 as stated above, hereby agree and stipulate that time under the speedy trial Act can be
3 excluded under Title 18 section 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv),
4 corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to
5 allow counsel time to prepare).
6    Since the last Order of this Court to continue the status conference (Court Order
7 signed on June 10, 2009, see Docket Entry # 130) the following has occurred in the
8 case:
9    On September 29, 2009, the government produced over 101,500 pages of new
10 and additional discovery in this case (the total amount of discovery produced by the
11 government to date is over approximately 292,000 pages). The government has
12 represented to defense counsel that there is still more discovery to be produced in this
13 case.
14    The parties agree and stipulate that with the recent production by the
15 government of over 101,500 pages of new and additional discovery, the interest of
16 justice in granting this reasonable request for a continuance outweighs all other
17 interests in this case for a speedy trial in this case, pursuant to Title 18 section
18 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the
19 complexity of the case) and Local Code T-4 (to allow counsel time to prepare).
20    The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure
21 the Court was available on Monday, February 22, 2010, and the Court is available.
22 There are no motion schedule dates set in the case. There is no trial date set in the
23 case.
24
25 ///
26 ///
27
28

2

Respectfully submitted:

        LAWRENCE G. BROWN
        ACTING UNITED STATES ATTORNEY

        /s/ Ellen Endrizzi, by telephone authorization

DATED: 10-1-09        _____
        Ellen Endrizi and Matthew C. Stegman
        ASSISTANT UNITED STATES ATTORNEYS
        ATTORNEYS FOR THE PLAINTIFF

DATED: 10-1-09

        /s/ Scott Tedmon  by e mail authorization
        _____
        Scott Tedmon
        Attorney for Defendant Charles Head

DATED: 10-1-09        /s/ Robert G. Gazley by e mail authorization
        _____
        Robert G. Gazley
        Attorney for Defendant Keith Brotemarkle

DATED: 10-1-09        /s/ Dwight M. Samuel by e mail authorization
        _____
        Dwight M. Samuel
        Attorney for Defendant Benjamin Budoff

DATED: 10-1-09        /s/ Matthew Bockmon by e mail authorization
        _____
        Matthew Bockmon
        Attorney for Defendant John Corcoran

DATED: 10-1-09        /s/ Timothy E. Warriner by e mail authorization
        _____
        Timothy E. Warriner
        Attorney for Defendant Lisa Vang

DATED: 10-1-09        /s/ Joseph Low, IV by e mail authorization
        _____
        Joseph Low, IV
        Attorney for Defendant Kou Yang

DATED: 10-1-09        /s/ James R. Greiner
        _____
        James R. Greiner
        Attorney for Defendant Dominic McCarns

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: October 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE