LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
11300 Trade Center Drive, Suite B
Rancho Cordova, California 95742
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HEAD, et al., ) <br> ) <br> Defendants. ) <br> _____) | No. CR. S-08-116 FCD <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUSION OF TIME |

      The United States of America, through Assistant U.S. Attorney Ellen V. Endrizzi, and defendant Charles Head, through his counsel Scott L. Tedmon; defendant Keith Brotemarkle, through his counsel Robert G. Gazley; defendant Benjamin Budoff, through his counsel Dwight M. Samuel; defendant John Corcoran, through his counsel Matthew C. Bockmon; defendant Domonic McCarns, through his counsel James R. Greiner; defendant Lisa Vang, through her counsel Timothy E. Warriner; and defendant Kou Yang, through her counsel Joseph H. Low IV, hereby stipulate that the Status Conference set for Monday, February 22, 2010 at 10:00 a.m., be continued to Monday, May 24, 2010 at 10:00 a.m. before United States District Judge Frank C. Damrell, Jr.

      The government has provided over 290,000 pages of discovery to defense counsel. Counsel for the various defendants are in the midst of reviewing this large volume of discovery and need additional time to continue that process as well as identify legal issues and discuss the matter with their respective clients.

      As such, government and defense counsel stipulate it is appropriate to continue the current

- 1 -

1  status conference to Monday, May 24, 2010 at 10:00 a.m.  Michele Krueger has approved the May
2  24, 2010 hearing date.  No jury trial date has been set in this case.
3        The parties stipulate the Court should find that time be excluded through May 24, 2010 under
4  the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18 U.S.C.
5  §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4.  The parties stipulate and agree that
6  the interests of justice served by granting this continuance outweigh the best interests of the public
7  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
8        Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
9  behalf.

10 **IT IS SO STIPULATED.**

11 DATED: February 18, 2010        BENJAMIN B. WAGNER
                                   United States Attorney
12
                                    /s/ Ellen V. Endrizzi
13                                 ELLEN V. ENDRIZZI
                                   Assistant U.S. Attorney
14

15 DATED: February 18, 2010        LAW OFFICES OF SCOTT L. TEDMON

16                                  /s/ Scott L. Tedmon
                                   SCOTT L. TEDMON
17                                 Attorney for Defendant Charles Head

18
   DATED: February 18, 2010        LAW OFFICES OF ROBERT G. GAZLEY
19
                                    /s/ Robert G. Gazley
20                                 ROBERT G. GAZLEY
                                   Attorney for Defendant Keith Brotemarkle
21

22 DATED: February 18, 2010        LAW OFFICES OF DWIGHT M. SAMUEL

23                                  /s/ Dwight M. Samuel
                                   DWIGHT M. SAMUEL
24                                 Attorney for Defendant Benjamin Budoff

25
   DATED: February 18, 2010        OFFICE OF THE FEDERAL DEFENDER
26
                                    /s/ Matthew C. Bockmon
27                                 MATTHEW C. BOCKMON
                                   Attorney for Defendant John Corcoran
28

| | | |
|---|---|---|
| 1 | DATED: February 18, 2010 | LAW OFFICES OF JAMES R. GREINER |
| 2 | | /s/ James R. Greiner |
| | | JAMES R. GREINER |
| 3 | | Attorney for Defendant Domonic McCarns |
| 4 | DATED: February 18, 2010 | LAW OFFICES OF TIMOTHY E. WARRINER |
| 5 | | |
| 6 | | /s/ Timothy E. Warriner |
| | | TIMOTHY E. WARRINER |
| 7 | | Attorney for Defendant Lisa Vang |
| 8 | DATED: February 18, 2010 | THE LAW FIRM OF JOSEPH H. LOW IV |
| 9 | | /s/ Joseph H. Low IV |
| | | JOSEPH H. LOW IV |
| 10 | | Attorney for Defendant Kou Yang |

### **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Monday, February 22, 2010 at 10:00 a.m., is hereby continued to Monday, May 24, 2010 at 10:00 a.m., before the Honorable Frank C. Damrell, Jr. Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date of May 24, 2010. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: February 18, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE