```
ROBERT G. GAZLEY, Bar #165931
Designated Counsel for Service
18685 Main Street
Suite A; PMB 221
Huntington Beach, California 92648
Telephone: (714) 375-0628


Attorney for Defendant
KEITH BROTEMARKLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-08-0116 FCD |
| Plaintiff, | |
| v. | DEFENDANT'S WAIVER OF APPEARANCE |
| CHARLES HEAD, et al., | Judge: Honorable Frank C. Damrell, Jr. |
| Defendants. | |

Pursuant to Fed.R.Crim.P. 43, defendant, KEITH BROTEMARKLE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were

1  personally present.  Defendant further agrees to be present in Court
2  ready for trial any day and hour the Court may fix in his absence.
3      The defendant further acknowledges that he has been informed of
4  his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
5  and authorizes his attorney to set times and delays under that Act
6  without his personal presence.
7  Dated: April 23, 2008

9                                      /s/ Keith Brotemarkle
                                       KEITH BROTEMARKLE
10                                     (Original retained by attorney)

12     I concur in Mr. Brotemarkle's decision to waive his presence at
13 future proceedings.

15 Dated:  April 22, 2008               Respectfully submitted,
16                                      ROBERT G. GAZLEY
                                        Attorney at Law

19                                       /s/ Robert G. Gazley
                                        Attorney for Defendant
                                        KEITH BROTEMARKLE

21 IT IS SO ORDERED.
22 Dated: March 1, 2010

                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE