1  ROBERT G. GAZLEY, Bar #165931
   Designated Counsel for Service
2  25108 Marguerite Parkway
   Suite A-1
3  Mission Viejo, California 92692
   Telephone: (714) 375-0628
4

5  Attorney for Defendant
   KEITH BROTEMARKLE
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. CR-S-08-0116 FCD
                                  )
12              Plaintiff,        )
                                  ) DEFENDANT BROTEMARKLE'S WAIVER OF
13      v.                        ) APPEARANCE AT MARCH 5, 2010,
                                  ) P.I.A. (F.R.C.P. 10(b))
14 CHARLES HEAD, et al.,          )
                                  ) Magistrate Judge:  Honorable
15              Defendants.       )                    Edmund F.
   _____) Brennan
16

17      Pursuant to Fed.R.Crim.P. 10(b), defendant KEITH BROTEMARKLE,

18 hereby waives his right to be present at the March 5, 2010, arraignment

19 on the first superseding indictment in this matter.

20      Defendant has received a copy of the superseding indictment and

21 requests the Court to proceed as if he were there to personally plead

22 not guilty.

23 Dated: February 25, 2010

24

25                              /s/ Keith Brotemarkle
                                KEITH BROTEMARKLE
26                              (Original retained by attorney)

27 ///

28 ///

1     I concur in Mr. Brotemarkle's decision to waive his presence at
2  arraignment upon the first superseding indictment in this matter.
3  Dated:   February 27, 2010

                                    Respectfully submitted,

                                    ROBERT G. GAZLEY
                                    Attorney at Law


                                     /s/ Robert G. Gazley
                                    Attorney for Defendant
                                    KEITH BROTEMARKLE

IT IS SO ORDERED.

Dated:  March 5, 2010.
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

Waiver of Appearance at Arraignment on first Superseding Indictment /Brotemarkle