ROBERT G. GAZLEY, Bar #165931
Designated Counsel for Service
25108 Marguerite Parkway
Suite A-1
Mission Viejo, California 92692
Telephone: (714) 375-0628

Attorney for Defendant
KEITH BROTEMARKLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHARLES HEAD, et al.,<br><br>        Defendants. | No. CR-S-08-0116 FCD<br><br>DEFENDANT BROTEMARKLE'S WAIVER OF APPEARANCE AT MARCH 5, 2010, P.I.A. (F.R.C.P. 10(b))<br><br>Magistrate Judge:  Honorable Edmund F. Brennan |

    Pursuant to Fed.R.Crim.P. 10(b), defendant KEITH BROTEMARKLE, hereby waives his right to be present at the March 5, 2010, arraignment on the first superseding indictment in this matter.

    Defendant has received a copy of the superseding indictment and requests the Court to proceed as if he were there to personally plead not guilty.

Dated: February 25, 2010

                                        /s/ Keith Brotemarkle
                                        KEITH BROTEMARKLE
                                        (Original retained by attorney)

///

///

1    I concur in Mr. Brotemarkle's decision to waive his presence at
2 arraignment upon the first superseding indictment in this matter.
3 Dated:   February 27, 2010

                                    Respectfully submitted,

                                    ROBERT G. GAZLEY
                                    Attorney at Law


                                      /s/ Robert G. Gazley
                                    Attorney for Defendant
                                    KEITH BROTEMARKLE

IT IS SO ORDERED.

Dated:   March 5, 2010.    _____
                           EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE