1  **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9
UNITED STATES OF AMERICA,       )     NO. CR.S-08-00116-FCD
10                                )
            PLAINTIFF,            )     STIPULATION AND ORDER
11                                )     TO CONTINUE THE STATUS
       v.                         )     CONFERENCE TO MONDAY
12                                )     SEPTEMBER 27, 2010
CHARLES HEAD, et al.,            )
13                                )
                                  )
14          DEFENDANTS.           )
   _____)
15

16          The parties to this litigation, the Unites States of America, represented by

17  Assistant United States Attorneys Ms. Ellen Endrizzi and Mr. Matthew C. Stegman

18  and the defendants (hereinafter referred to as the defendants): 1)Charles Head,

19  represented by attorney, Mr. Scott Tedmon; 2) Keith Brotemarkle represented by

20  attorney,  Robert G. Gazley; 3) Benjamin Budoff represented by attorney, Dwight M.

21  Samuel; 4) John Corcoran, represented by attorney, Mr. Matthew C. Bockmon; 5)

22  Lisa Vang represented by attorney , Mr. Timothy E. Warriner; 6) Kou Yang,

23  represented by attorney, Mr. Joseph Low, IV;  and 7) Domonic McCarns, represented

24  by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for

25  the status conference, **Monday, May 24, 2010**, is hereby vacated and can be

26  rescheduled for **Monday, September 27, 2010**, at 10:00 a.m. in Courtroom #2 before

27  the Honorable District Court Judge, Frank C. Damrell, Jr..

28                                      1

1    Further, all of the parties, the United States of America and all of the defendants

2  as stated above, hereby agree and stipulate that time under the speedy trial Act can be

3  excluded under Title 18 section 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv),

4  corresponding to **Local code T-2 (the complexity of the case)** and **Local Code T-4**

5  **(to allow defense counsel reasonable time to prepare and continuity of counsel).**

6    The government has produced over 290,000 pages of discovery to defense

7  counsel. All defense counsel are in the process of reviewing this material, meeting

8  with their respective clients and going over the discovery with their clients. All

9  defense counsel need additional time to continue that process. In addition, all defense

10  counsel need additional time as they research to identify potential legal issues.

11    The parties agree and stipulate that, the interest of justice in granting this

12  reasonable request for a continuance outweighs all other interests in this case for a

13  speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(B)(ii) and section

14  3161(h)(7)(B)(iv), **corresponding to Local code T-2** (the complexity of the case) and

15  **Local Code T**-4 (to allow defense counsel reasonable time to prepare and for

16  continuity of defense counsel).

17    The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure

18  the Court was available on **Monday, September 27, 2010**, and the Court is available.

19    Respectfully submitted:

20    BENJAMIN B. WAGNER
      UNITED STATES ATTORNEY

21    /s/ Ellen Endrizzi, by e mail  authorization

22  DATED: 5-19-10

23    _____
      Ellen Endrizi and Matthew C. Stegman
      ASSISTANT UNITED STATES ATTORNEYS

24    ATTORNEYS FOR THE PLAINTIFF

25  DATED: 5-19-10

26    /s/ Scott Tedmon  by telephone authorization

      _____

27    Scott Tedmon
      Attorney for Defendant Charles Head

28
                            2

1  DATED: 5-19-10                    /s/ Robert G. Gazley by e mail authorization

2                                    _____
                                     Robert G. Gazley
                                     Attorney for Defendant Keith Brotemarkle
3
   DATED: 5-19-10                    /s/ Dwight M. Samuel by e mail authorization
4
                                     _____
5                                    Dwight M. Samuel
                                     Attorney for Defendant Benjamin Budoff

6  DATED: 5-19-10                    /s/ Matthew Bockmon by e mail authorization

7                                    _____
                                     Matthew Bockmon
                                     Attorney for Defendant John Corcoran
8
   DATED: 5-19-10                    /s/ Timothy E. Warriner by e mail authorization
9
                                     _____
10                                   Timothy E. Warriner
                                     Attorney for Defendant Lisa Vang

11 DATED: 5-19-10                    /s/ Joseph Low, IV by e mail authorization

12                                   _____
                                     Joseph Low, IV
                                     Attorney for Defendant Kou Yang
13
   DATED: 5-19-10                    /s/ James R. Greiner
14
                                     _____
15                                   James R. Greiner
                                     Attorney for Defendant Dominic McCarns

16
                                     **ORDER**
17

18        Based upon the representations of counsel, the record in this case, and the

19 agreements and stipulations between  counsel in the case, and that

20        The parties agree and stipulate that this Court can make the appropriate findings

21 supported by the record in this case that this case is complex pursuant to the Speedy

22 Trial Act, **Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2,** which allows

23 the Court to make the finding that this case is so unusual or so complex, due to the

24 nature of the prosecution, and/or the existence of novel questions of fact or law,

25 and/or, the existence of the amount of discovery (over 290,00 pages of discovery),

26 that it is unreasonable to expect adequate preparation for pretrial proceedings or the

27 trial itself within the time limits established by the Speedy Trial Act.  In addition, the

28                                        3

1  Court can make a finding from the record in this case, that time shall also be excluded

2  under **local code T**-4, that time is to be excluded  for the reasonable time necessary

3  for effective preparation by defense counsel, continuity of defense counsel and **Title**

4  **18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act**.**

5        The Status Conference currently set for **Monday, May 24, 2010, is vacated**,

6  and the **new Status Conference is set for Monday, September 27, 2010**, with time

7  excluded under the Speedy Trial Act **from Monday, May 24, 2010**, **through to and**

8  **including Monday, September 27, 2010,** for the reasons agreed to and stipulated by

9  the parties and as stated herein.

10

11        **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

12

13  DATED: May 20, 2010.

14

15  _____
   FRANK C. DAMRELL, JR.

16        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28
                                            4