ROBERT G. GAZLEY, Bar #165931
Designated Counsel for Service
25108 Marguerite Parkway
Suite A-1
Mission Viejo, California 92692
Telephone: (714) 375-0628

Attorney for Defendant
KEITH BROTEMARKLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-0116 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER BETWEEN UNITED STATES AND KEITH BROTEMARKLE |
| KEITH BROTEMARKLE, | |
| Defendant. | |

Defendant Keith Brotemarkle and Plaintiff, by and through their counsels of record, hereby agree and stipulate as follows:

Travel of defendant Keith Brotemarkle is, during the pendency of this matter, restricted.

Said restrictions are expanded to include travel to and from the District of Maryland, District of New Jersey, and the District of Delaware.

Defendant's travel to and from these additional Districts are limited to that which is necessary for employment related purposes. Defendant will advise his pre-trial services officer of the need to travel to these additional districts before traveling.

///

IT IS SO STIPULATED.

Dated: June 14, 2010                    LAWRENCE G. BROWN
                                        Acting United States Attorney


                                   By:  /s/ Ellen V. Endrizzi
                                        S. ROBERT TICE-RASKIN
                                        ELLEN V. ENDRIZZI
                                        Assistant U.S. Attorneys


Dated: June 14, 2010               By:  /s/ Robert G. Gazley
                                        ROBERT G. GAZLEY
                                        Counsel for Defendant




     IT IS SO FOUND AND ORDERED.


Dated: June 21, 2009                    /s/ Gregory G. Hollows
                                        _____
                                        United States Magistrate

brotemarkle.ord

Travel Restriction Modification/BROTEMARKLE         2