**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> CHARLES HEAD, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | NO. CR. S-08-00116 FCD <br><br> STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO MONDAY DECEMBER 6, 2010 |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney Mr. Matthew C. Stegman and the defendants (hereinafter referred to as the defendants): 1-Charles Head, represented by attorney, Mr. Scott L. Tedmon; 2-Keith Brotemarkle represented by attorney, Mr. Robert Gazley; 3- Benjamin Budoff, represented by attorney, Mr. Dwight M. Samuel; 4-John Corcoran, represented by attorney, Mr. Matthew C. Bockmon; 5- Lisa Vang represented by attorney, Mr. Timothy Warriner; 6-Kou Yang, represented by attorney, Mr. Joseph Low; and 7-Domonic McCarns, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the status conference currently set for, **Monday, September 27, 2010,** is hereby vacated and can be rescheduled for **Monday, December 6, 2010,** at 10:00 a.m. in Courtroom #2 before the Honorable District Court Judge, Frank C. Damrell, Jr..

1

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the speedy trial Act can be excluded under Title 18 section 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow defense counsel reasonable time to prepare and continuity of counsel).

**NEW DISCOVERY FROM THE GOVERNMENT**

The government on September 23, 2010, produced additional new discovery. The new discovery is on an External hard drive and takes up approximately 738 GB.[1] In addition, the defense is in the process of determining how to get copies of the material to all the defense counsel so they may begin the review of the new discovery. This new discovery, 738 GB of information, is in addition to the already over 290,000 documents the government had previously produced.

The parties agree and stipulate that, the interest of justice in granting this reasonable request for a continuance outweighs all other interests in this case for a speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv), **corresponding to Local code T-2** (the complexity of the case) and **Local Code T**-4 (to allow defense counsel reasonable time to prepare and for continuity of defense counsel).

The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure the Court was available on **Monday, December 6, 2010**, and the Court is available.

---

[1] The defense does not know how many documents this discovery production is because the defense does not have a program that can open the program the government produced the discovery in so the defense is having an outside company open the external hard drive.

2

Respectfully submitted:

                    BENJAMIN B. WAGNER
                    UNITED STATES ATTORNEY

/s/ Matthew Stegman by e mail authorization

DATED: 9-23-10            _____
                                     Matthew Stegman
                                     ASSISTANT UNITED STATES ATTORNEY
                                     ATTORNEY FOR THE PLAINTIFF

DATED: 9-23-10            /s/ Scott Tedmon  by e mail authorization
                                     _____
                                     Scott Tedmon
                                     Attorney for Defendant Charles Head

DATED: 9-23-10            /s/ Robert Gazley by e mail authorization
                                     _____
                                     ROBERT GAZLEY
                                     Attorney for Defendant Keith Brothemarkle

DATED: 9-23-10            /s/ Matthew Bockmon by e mail authorization
                                     _____
                                     Matthew Bockmon
                                     Attorney for Defendant John Corcoran

DATED: 9-23-10            /s/ Dwight Samuel by e mail authorization
                                     _____
                                     DWIGHT SAMUEL
                                     Attorney for Defendant Benjamin Budoff

DATED: 9-23-10            /s/Timothy Warriner by e mail authorization
                                     _____
                                     Timothy Warriner
                                     Attorney for Defendant Lisa Vang

DATED: 9-23-10            /s/ Joseph Low, IV by telephone authorization
                                     _____
                                     Joseph Low, IV
                                     Attorney for Defendant Kou Yang

DATED: 9-23-10            /s/ James R. Greiner
                                     _____
                                     James R. Greiner
                                     Attorney for Defendant Dominic McCarns

/ / /

/ / /

/ / /

# ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court can make the appropriate findings supported by the record in this case that this case is complex pursuant to the Speedy Trial Act, **Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2,** which allows the Court to make the finding that this case is so unusual or so complex**,** due to the nature of the prosecution, and/or the existence of novel questions of fact or law, and/or, the existence of the amount of discovery (the newly produced discovery which is approximately 738 GB of information along with the over 290,00 pages of discovery previously discovered by the government), that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  In addition, the Court can make a finding from the record in this case, that time shall also be excluded under **local code T**-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel, continuity of defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act**.**

The Status Conference currently set for **Monday, September 27, 2010, is vacated**, and the **new Status Conference is set for Monday, December 6, 2010**, with time excluded under the Speedy Trial Act **from Monday, September 27, 2010**, **through to and including Monday, December 6, 2010,** for the reasons agreed to and stipulated by the parties and as stated herein.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: September 24, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE