**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> CHARLES HEAD, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | NO. CR. S-08-0116 FCD <br><br> STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO MONDAY JANUARY 24, 2011 |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney, Mr. Matthew C. Stegman and the defendants (hereinafter referred to as the defendants): 1)Charles Head, represented by attorney, Mr. Scott Tedmon; 2) Keith Brotemarkle represented by attorney, Robert G. Gazley; 3) Benjamin Budoff represented by attorney, Dwight M. Samuel; 4) John Corcoran, represented by attorney, Mr. Matthew C. Bockmon; 5) Lisa Vang represented by attorney , Mr. Timothy E. Warriner; 6) Kou Yang, represented by attorney, Mr. Joseph Low, IV;  and 7) Domonic McCarns, represented by attorney, Mr. James R. Greiner hereby agree and stipulate that the current date for the status conference currently set for, **Monday, December 6, 2010**, is hereby vacated and can be rescheduled for **Monday, January 24, 2011,** at 10:00 a.m. in Courtroom #2 before the Honorable District Court Judge, Frank C. Damrell, Jr..

1

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the speedy trial Act can be excluded under Title 18 section 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow defense counsel reasonable time to prepare and continuity of counsel).

The government has produced over 290,000 pages of discovery to defense counsel. In addition, the government has recently produced discovery on an 16 MG external hard drive, which defense counsel need time to review and review with their respective clients. All defense counsel are in the process of reviewing this material, meeting with their respective clients and going over the discovery with their clients. All defense counsel need additional time to continue that process. In addition, all defense counsel need additional time as they research to identify potential legal issues.

The parties agree and stipulate that, the interest of justice in granting this reasonable request for a continuance outweighs all other interests in this case for a speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv), **corresponding to Local code T-2** (the complexity of the case) and **Local Code T**-4 (to allow defense counsel reasonable time to prepare and for continuity of defense counsel).

The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure the Court was available on **Monday, January 24, 2011**, and the Court is available. Respectfully submitted:

                                BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY

                                /s/ Matthew Stegman by telephone authorization

DATED: 12-1-10                  _____
                                Matthew Stegman
                                ASSISTANT UNITED STATES ATTORNEY
                                ATTORNEY FOR THE PLAINTIFF

| | |
|---|---|
| DATED: 12-1-10 | /s/ Scott Tedmon  by e mail authorization |
| | _____ |
| | Scott Tedmon |
| | Attorney for Defendant Charles Head |
| DATED: 12-1-10 | /s/ Matthew Bockmon by e mail authorization |
| | _____ |
| | Matthew Bockmon |
| | Attorney for Defendant John Corcoran |
| DATED: 12-1-10 | /s/ Robert G. Gazley by e mail authorization |
| | _____ |
| | Robert G. Gazley |
| | Attorney for Defendant Keith Brotemarkle |
| DATED: 12-1-10 | /s/ Dwight M. Samuel by e mail authorization |
| | _____ |
| | Dwight M. Samuel |
| | Attorney for Defendant Benjamin Budoff |
| DATED: 12-1-10 | /s/ Timothy E. Warriner by e mail authorization |
| | _____ |
| | Timothy E. Warriner |
| | Attorney for Defendant Lisa Vang |
| DATED: 12-1-10 | /s/ Joseph Low, IV by e mail authorization |
| | _____ |
| | Joseph Low, IV |
| | Attorney for Defendant Kou Yang |
| DATED: 12-1-10 | /s/ James R. Greiner |
| | _____ |
| | James R. Greiner |
| | Attorney for Defendant Dominic McCarns |

**ORDER**

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court can make the appropriate findings supported by the record in this case that this case is complex pursuant to the Speedy Trial Act, **Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2,** which allows the Court to make the finding that this case is so unusual or so complex, due to the nature of the prosecution, and/or the existence of novel questions of fact or law,

1  and/or, the existence of the amount of discovery (over 290,00 pages of discovery
2  previously discovered by the government and recently discovered a 16 MB external
3  hard drive of discovery), that it is unreasonable to expect adequate preparation for
4  pretrial proceedings or the trial itself within the time limits established by the Speedy
5  Trial Act.  In addition, the Court can make a finding from the record in this case, that
6  time shall also be excluded under **local code T**-4, that time is to be excluded  for the
7  reasonable time necessary for effective preparation by defense counsel, continuity of
8  defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act**.**

10     The Status Conference currently set for **Monday, December 6, 2010, is
11  vacated**, and the **new Status Conference is set for Monday, January 24, 2011** with
12  time excluded under the Speedy Trial Act **from Monday, December 6, 2010**,
13  **through to and including Monday, January 24, 2011,** for the reasons agreed to and
14  stipulated by the parties and as stated herein.

15     **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

18  DATED: December 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE