LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HEAD, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. 2:08-cr-00116 KJM <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUSION OF TIME |

The United States of America, through Assistant U.S. Attorney Matthew Stegman, and defendant Charles Head, through his counsel Scott L. Tedmon; defendant Keith Brotemarkle, through his counsel Robert G. Gazley; defendant Benjamin Budoff, through his counsel Dwight M. Samuel; defendant John Corcoran, through his counsel Matthew C. Bockmon; defendant Domonic McCarns, through his counsel James R. Greiner; defendant Lisa Vang, through her counsel Timothy E. Warriner; and defendant Kou Yang, through her counsel Joseph H. Low IV, hereby stipulate that the Status Conference set for Thursday, May 12, 2011 at 10:00 a.m., be continued to Thursday, June 2, 2011 at 10:00 a.m. before United States District Judge Kimberly J. Mueller.

The government has provided over 290,000 pages of discovery to defense counsel. Counsel for the various defendants are in the midst of reviewing this large volume of discovery and need additional time to continue that process as well as identify legal issues, conduct defense investigation, and discuss the matter with their respective clients.

1     As such, government and defense counsel stipulate it is appropriate to continue the current
2  status conference to Thursday, June 2, 2011 at 10:00 a.m.  Courtroom Deputy Clerk Casey Schultz
3  has advised the Court is available for a status conference on the June 2, 2011.  No jury trial date has
4  been set in this case.
5     The parties stipulate the Court should find that time be excluded through June 2, 2011 under
6  the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18 U.S.C.
7  §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4.  The parties stipulate and agree that
8  the interests of justice served by granting this continuance outweigh the best interests of the public
9  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
10    Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
11 behalf.
12 **IT IS SO STIPULATED.**

13 DATED: May 2, 2011					BENJAMIN B. WAGNER
							United States Attorney

							 /s/ Matthew Stegman
15							MATTHEW STEGMAN
							Assistant U.S. Attorney

17 DATED: May 2, 2011					LAW OFFICES OF SCOTT L. TEDMON

18							 /s/ Scott L. Tedmon
							SCOTT L. TEDMON
19							Attorney for Defendant Charles Head

20
   DATED: May 2, 2011					LAW OFFICES OF ROBERT G. GAZLEY
21
							 /s/ Robert G. Gazley
22							ROBERT G. GAZLEY
							Attorney for Defendant Keith Brotemarkle
23

24 DATED: May 2, 2011					LAW OFFICES OF DWIGHT M. SAMUEL

25							 /s/ Dwight M. Samuel
							DWIGHT M. SAMUEL
26							Attorney for Defendant Benjamin Budoff

27

28

| | | |
|---|---|---|
| DATED: May 2, 2011 | | OFFICE OF THE FEDERAL DEFENDER |
| | | /s/ Matthew C. Bockmon<br>MATTHEW C. BOCKMON<br>Attorney for Defendant John Corcoran |
| DATED: May 2, 2011 | | LAW OFFICES OF JAMES R. GREINER |
| | | /s/ James R. Greiner<br>JAMES R. GREINER<br>Attorney for Defendant Domonic McCarns |
| DATED: May 2, 2011 | | LAW OFFICES OF TIMOTHY E. WARRINER |
| | | /s/ Timothy E. Warriner<br>TIMOTHY E. WARRINER<br>Attorney for Defendant Lisa Vang |
| DATED: May 2, 2011 | | THE LAW FIRM OF JOSEPH H. LOW IV |
| | | /s/ Joseph H. Low IV<br>JOSEPH H. LOW IV<br>Attorney for Defendant Kou Yang |

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Thursday, May 12, 2011 at 10:00 a.m., is hereby continued to Thursday, June 2, 2011 at 10:00 a.m., before the Honorable Kimberly J. Mueller.  Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date of June 2, 2011.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED:  May 3, 2011.

_____
UNITED STATES DISTRICT JUDGE