UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA

        NO. CR. S-08-116 KJM

    Plaintiff,

 v.                         ORDER

CHARLES HEAD et al.,

    Defendants.

----oo0oo----

    This matter comes before the court on the motion of plaintiff, United States of America for an order by United States District Judge Frank C. Damrell, Jr. clarifying three previous orders excluding time under the speedy trial act.  The United States noticed and filed this motion on the calendar of United States District Judge Kimberly J. Mueller.  The United States also emailed the relevant documents to the court room deputy for the undersigned at fcdorders@caed.uscourts.gov, including a proposed order granting the United State's motion.

The local rules for the Eastern District of California governing criminal motions and procedures provide that "all motions shall be noticed on the motion calendar of the assigned Judge or Magistrate Judge as may be appointed." E.D. Cal. L.R. 430.1(c). Moreover, "[t]he Eastern District of California is an electronic case manage/filing district (CM/ECF)." E.D. Cal. L.R. 133(a). Thus, attorneys shall file all documents electronically pursuant to those Rules." Id. Finally, "[e]mailing a document to the Clerk or to the Court (as opposed to electronic filing in CM/ECF) shall not constitute 'filing' of the document." E.D. Cal. L.R. 134(a).[1]

The motion of the United States and the accompanying proposed order are procedurally improper as violative of the local rules. First, the motion was not noticed on the undersigned's motion calendar, but rather on the docket for Judge Mueller, to whom this matter has been reassigned. Moreover, the undersigned cannot consider the proposed order because, as stated above, the email sent to fcdorders@caed.uscourts.gov containing the motion and the proposed order does not constitute a "filing" of the documents pursuant to the local rules.

**CONCLUSION**

**For the foregoing reasons, the motion of the United States is DENIED.**

---

[1] The court notes that, pursuant to local rule 133(a), the court has the discretion to "excuse" the requirement that all attorneys file documents electronically pursuant to the electronic case filing/management procedures as set forth in the local rules. However, the court declines to exercise such discretion in this instance given the government's delay in filing the pending motion.

2

1  IT IS SO ORDERED.

2  DATED: December 1, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE